# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN RAY BUCK, <br><br> Plaintiff, <br><br> v. <br><br> R. NDOH, et al., <br><br> Defendants. | Case No. 1:18-cv-00275-LJO-EPG (PC) <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO PROVIDE INITIAL DISCLOSURES |

Elvin Ray Buck ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 15, 2018, potential counsel for Plaintiff contacted the Court and requested additional time for Plaintiff to provide his initial disclosures to Defendants. Potential counsel requested the extension because he wants to meet with Plaintiff in person before deciding whether to represent Plaintiff, and he wants the meeting to occur before Plaintiff provides his initial disclosures to Defendants. Potential counsel asks for a thirty-day extension.

The Court finds good cause to grant an extension of time. Accordingly, IT IS HEREBY ORDERED that the parties shall provide their initial disclosures no later than December 19, 2018.

IT IS SO ORDERED.

Dated: **November 16, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE