XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
ROBERT M. PERKINS, III, State Bar No. 309192
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6144
 Fax: (916) 324-5205
 E-mail: Robert.Perkins@doj.ca.gov
*Attorneys for Defendants Ndoh,
Torres and Lovette*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ELVIN RAY BUCK,** | 1:18-cv-00275-LJO-EPG (PC) |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |
| v. | |
| **R. NDOH, et al.,** | Judge: The Hon. Erica P. Grosjean |
| Defendants. | Trial Date: February 23, 2021<br>Action Filed: February 26, 2018 |

On January 30, 2019, this Court conducted a scheduling conference. The Court set March 1, 2019 as the deadline for Plaintiff to file an amended complaint, whether by stipulation of both parties or by a motion for leave to amend.

On the evening of February 26, 2019, Plaintiff's counsel sent defense counsel a draft amended complaint by email. However, defense counsel has to travel back to Baltimore, Maryland due to an immediate and serious family medical emergency and anticipates staying in Baltimore through Thursday, March 7, 2019. Defense counsel will therefore be unable to review the amended complaint by March 1, 2019. The parties have agreed to a stipulation to extend time in order to allow defense counsel to review the amended complaint. Under the proposed

1

extension, Plaintiffs would have until Friday, March 15, 2019 to file the amended complaint, whether by stipulation or by motion.

Dated: February 28, 2019

STANFORD LAW SCHOOL
RELIGIOUS LIBERTY CLINIC

By: /s/ *James A. Sonne* .
JAMES A. SONNE
SPENCER HODSON
JOSEPH M. TISCH
ZEBA A. HUQ
STANFORD LAW SCHOOL
RELIGIOUS LIBERTY CLINIC

CALIFORNIA INDIAN LEGAL SERVICES

By: /s/ *Jay Petersen* .
JAY PETERSEN
DOROTHY ALTHER
*Attorneys for Plaintiff Elvin Ray Buck*

Dated: February 28, 2019

XAVIER BECERRA
Attorney General of California

By: /s/ *Jon S. Allin* .
JON S. ALLIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

In light of the parties' stipulation, IT IS ORDERED that Plaintiff has until Friday, March 15, 2019, to file the amended complaint, whether by stipulation or by motion.

IT IS SO ORDERED.

Dated: **March 1, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE