UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELVIN RAY BUCK,           |                                                         |
|---------------------------|---------------------------------------------------------|
| Plaintiff,                | Case No. 1:18-cv-00275-LJO-EPG (PC)                     |
| vs.                       | ORDER APPROVING IN PART JOINT STIPULATION TO MODIFY THE |
| R. NDOH, et al.,          | DISCOVERY AND SCHEDULING ORDER                          |
| Defendants.               | (ECF No. 39)                                            |

Pursuant to the stipulation of the parties (ECF No. 39), and finding that good cause exists for modifying the Scheduling Order as requested by the parties, with one modification,[1]

IT IS ORDERED that the Scheduling Order, entered on February 6, 2019 (ECF No. 26), is modified as follows:

| Event                       | New Date or Deadline |
|-----------------------------|----------------------|
| Nonexpert Discovery Cutoff  | March 13, 2020       |
| Expert Disclosure Deadline  | April 20, 2020       |
| Rebuttal Expert Disclosure  | May 20, 2020         |
| Expert Discovery Cutoff     | June 19, 2020        |
| Dispositive Motion Deadline | September 20, 2020   |

---

[1] The parties erroneously listed the date of the status conference as August 12, 2019. The status conference has been continued to September 6, 2019 (ECF No. 38), and will remain set on that date.

1

All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

Dated: **July 30, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE