# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN RAY BUCK,<br><br>        Plaintiff,<br>  v.<br><br>R. NDOH, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00275-LJO-EPG (PC)<br><br>ORDER RE: STIPULATION<br><br>(ECF Nos. 37 & 42) |

Pursuant to the stipulation of the parties (ECF No. 42), and finding that good cause exists, IT IS ORDERED that:

1. The Status Conference and the hearing on Plaintiff's Motion for Preliminary Injunction are continued to October 4, 2019, at 10:00 a.m.
2. The Clerk of Court is directed to reflect the dismissal of defendant J. Cota on the Court's docket.
3. Defendants' motion to dismiss (ECF No. 37) is deemed withdrawn and the hearing on the motion to dismiss is vacated.
4. The remaining defendants have twenty-one days from the date of service of this order to file a responsive pleading.

IT IS SO ORDERED.

Dated: __August 29, 2019__        /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE