UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN RAY BUCK,<br><br>　　　　　Plaintiff,<br>　v.<br>R. NDOH, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00275-LJO-EPG (PC)<br><br>ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STATUS CONFERENCE<br><br>(ECF No. 46) |

On September 27, 2019, the parties filed a stipulation to continue the status conference and the hearing on Plaintiff's motion for a preliminary injunction to October 18, 2019, because the parties are engaged in settlement discussions. (ECF No. 46).

The Court finds good cause to grant the stipulation. However, as the Court is not available on October 18, 2019, the status conference and motion hearing will be continued to November 22, 2019, at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that the status conference and the hearing on Plaintiff's motion for a preliminary injunction are continued to November 22, 2019, at 10:00 a.m.

IT IS SO ORDERED.

　Dated: **September 30, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1