UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN RAY BUCK,<br><br>            Plaintiff,<br>   v.<br>R. NDOH, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00275-LJO-EPG (PC)<br><br>ORDER RE: JOINT STIPULATION TO CONTINUE THE STATUS CONFERENCE AND THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 48) |

On November 13, 2019, the parties filed a joint stipulation to continue the status conference and the hearing on Plaintiff's motion for a preliminary injunction. (ECF No. 48). The parties ask for the continuance because the parties are engaged in settlement discussions, and because defense counsel Robert M. Perkins III is currently on parental leave.

The Court finds good cause to continue the hearing on Plaintiff's motion for a preliminary injunction. However, given that the Court has already continued the status conference and motion hearing twice (ECF Nos. 43 & 47), the Court will not continue the status conference. At the conference the parties shall be prepared to discuss the status of this case and to pick a date for the hearing on Plaintiff's motion for a preliminary injunction.

Accordingly, IT IS ORDERED that:

1. The hearing on Plaintiff's motion for a preliminary injunction is VACATED. A new date for the hearing will be selected at the status conference.
2. The status conference currently set for November 22, 2019, at 10:00 a.m., will remain as

previously set.  Telephonic appearance is granted to any party wishing to do so, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **November 14, 2019**       /s/ Erin P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE