# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ELVIN RAY BUCK, | Case No. 1:18-cv-00275-LJO-EPG (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (ECF NO. 52) |
| R. NDOH, et al., | |
| Defendants. | |

On January 13, 2020, the parties filed a joint stipulation dismissing this action, with each party bearing its own costs and attorneys' fees. (ECF No. 52). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 14, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1